IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

OLIVER BOOKER,   CASE NO.: **16-62531-PMB**

CHAPTER: 7

JUDGE: **BONAPFEL**

Debtor.

## MOTION TO REOPEN CHAPTER 7 CASE AND ADD CREDITOR

COMES NOW, the Debtor in the above-styled action and file herewith a Motion To Reopen Chapter 7 Case and Add Creditor and shows the Court as follows:

1.

Debtor filed a petition for Relief under 11 U.S.C. Chapter 7 on July 20, 2016, and is therefore subject to the jurisdiction of this Court.

2.

This Court has jurisdiction over this Motion pursuant to 11 U.S.C. § 362.

3.

Debtor received a discharge on December 7, 2016; and respectfully requests to allow debtor to add a creditor that was inadvertently excluded in the case.

WHEREFORE Debtor prays as follows:

(i) The Court enter an order granting the reopening of Debtor's Chapter 7 Case in order to add the creditor that was inadvertently excluded with the Court;

(ii) Such other and further relief as the Court deems appropriate and necessary.

This **4**[th] day of **November**, 2020.

*/s/ Oliver Booker*
OLIVER BOOKER
Debtor, PRO SE

## CERTIFICATE OF SERVICE

I, OLIVER BOOKER, certify that I am over the age of 18 and that on **November 4, 2020,** do hereby certify that a true and correct copy of the above and foregoing **Motion To Reopen Chapter 7 Case and Add Creditor** was forwarded to all parties of interest listed below or attached hereto via First Class, U.S. Mail, postage prepaid on this 4th day of November, 2020.

*/s/ Oliver Booker*
OLIVER BOOKER
DEBTOR, PRO SE

**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**Ally Financial**
P. 0. Box 380901
Minneapolis, MN 55438

**American Express Bank FSB**
c/o Becket and Lee LLP
PO Box 3001

Malvern PA 19355-0701

**Capital One**
4851 Cox Road
Henrico, VA 23229

**Chase/Bank One Card**
P.O. Box 15298
Wilmington, DE 19850

**Comenity Bank**
P.O. Box 182273
Columbus, OH 43218

**Internal Revenue Service**
401 W. Peachtree Street
Stop 334-0
Atlanta, GA 30308

**Macy's/DSNB**
680 Folsom Street
San Francisco, CA 94107

**MSCB**
1410 Industrial Park Road
Paris, TN 38242

**Sychrony Bank**
P. 0. Box 965030
Orlando, FL 32896

**U. S. Attorney**
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303

**Wells Fargo Home Mortgage**
P.O. Box 10335
Des Moines, IA 50306

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01263192 (RS) OF 11/05/2020


ITEM   CODE   CASE              QUANTITY                    AMOUNT    BY

  1    7R    16-62531                1                    $ 260.00   Currency
              Judge  - Paul M. Baisier
              Debtor - OLIVER BOOKER


TOTAL:                                                    $ 260.00


FROM: Oliver Booker, Jr
      4463 Woodbank Lane
      Decatur, GA 30034
```